# Exhibit 2

<table>
<tr><th colspan="2">BOK Financial Securities, Inc.- Retail Order placement and execution using an Order Execution and Management System<br><br>Infringement of the ‘782 patent</th></tr>
<tr><th>Claim 20</th><th>Evidence</th></tr>
<tr><td>20. A method comprising:</td><td>BOK Financial Securities performs a method of operating a system for transacting trades.<br><br>For example, BOK Financial Securities operates, or otherwise uses, an order execution and management system for transacting trades in trading items such as securities.<br><br>
<br><br>Source: https://securities.bokfinancial.com/landing-pages/how-we-can-help</td></tr>
</table>

| | |
|---|---|
| | **Stocks**<br><br>Stocks, also known as shares or equities, are the unit of investment in individual companies. If you own stock in a company, you own a proportional share of that company's dividends and net assets.<br><br>Traders and investors trade (buy and sell) a company's stock on a stock market (such as the New York Stock Exchange or the Nasdaq) based on the perceived value of the company, which changes over time. This buying and selling, plus company performance, conditions in the marketplace, and a wide range of other factors can push the price of a particular stock up or down. Investors can make or lose money depending on whether their perceptions are in agreement with the market.<br><br>Source: https://advisors.bokfinancial.com/products-and-services/investment-options |
| associating a plurality of trading entities each with an identifier using a processor implemented at least partly in hardware; | The system operated by BOK Financial Securities, which system is implemented at least partly in hardware, uses a processor to associate each of multiple trading entities with an identifier.<br><br>For example, BOK Financial Securities provides securities trading services to multiple clients, some of which are individual investors. BOK Financial Securities provides these services via an order execution and management system. The order execution and management system assign an account identifier (e.g., a customer number) to each client. |

| | |
|---|---|
| | **Managed account solutions**<br><br>A managed account, also called a managed money plan or managed portfolio, is an investment account owned by an individual investor (typically a high-net-worth individual) that is overseen by a professional money manager. These accounts are personalized investment portfolios. They are designed and managed to meet the specific goals of the account holder.<br><br>Source: https://advisors.bokfinancial.com/products-and-services/investment-options<br><br>**Client Relationship Summary:** Learn more about the services we provide to retail investors.<br><br>Source: https://advisors.bokfinancial.com/products-and-services/investment-options |
| acquiring trade history information including a histories of trading transactions associated with a plurality of said identifiers using a | The system operated by BOK Financial Securities acquires trade history information including histories of trading transactions associated with the identifiers.<br><br>For example, using the order execution and management system, BOK Financial Securities provides securities trading services in the form of trading transactions |

| | |
|---|---|
| processor implemented at least partly in hardware; | to BOK Financial Securities clients. The system stores the trading transactions according to the client's identifier in a database. The system accesses the trading history of a given client from the database using the client's account identifier.<br><br>**WHAT DOES BOK FINANCIAL SECURITIES DO WITH YOUR PERSONAL INFORMATION?**<br><br>Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do.<br><br>The types of personal information we collect and share depend on the product or service you have with us. When you are no longer our customer, we may continue to share your information as described in this notice.<br><br>**This information can include:**<br>• Information we receive from you on applications or other forms<br>• Information about your transactions with us, our affiliates and others<br>• Information we receive from a consumer reporting agency<br><br>**How does BOK Financial Securities collect my personal information?**<br><br>**We collect your personal information, for example, when you**<br>• seek advice about your investments<br>• open an investment advisory or brokerage account<br>• tell us about your investments or retirement needs<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |

## INFORMATION WE COLLECT

1. **Categories of Personal Information.** We collect information that identifies, relates to, describes, references, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular consumer or device ("personal information"). Depending on the type of products and services you use, we may have collected, and/or disclosed the following categories of personal information within the last twelve (12) months:

| CATEGORY | EXAMPLES OF DATA WE MAY COLLECT |
|---|---|
| **A. Identifiers** | A real name, alias, postal address, unique personal identifier, online identifier, Internet Protocol address, email address, account name, social security number, driver's license number, passport number, or other similar identifiers |
| **B. Personal information categories** | A name, signature, social security number, physical characteristics or description, address, telephone number, passport number, driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, credit card number, debit card number, or any other financial information, medical information, or health insurance information |
| **C. Protected classification characteristics under California or federal law** | Age (40 years or older), race, color, ancestry, national origin, citizenship, religion or creed, marital status, medical condition, physical or mental disability, gender or veteran or military status |
| **D. Commercial information** | Records of personal property, products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies |

Source:
https://edge.sitecorecloud.io/bokfna15473-bokf40a9-prode209-f913/media/Files/PDF/Privacy_Policy/Privacy-Policy_BOK-Financial-Securities.pdf

| | |
|---|---|
| | <br>Source: https://advisors.bokfinancial.com/ways-to-work-with-us/investon |
| generating profiles of said trading entities based on said histories, each said profile containing information that indicates whether trading transactions associated with a trading entity would generate a profit; and | For example, the order execution and management system used by BOK Financial Securities generates an account for each client. The account is associated with the trading history of that client and includes information that indicates if the client is a retail investor. BOK Financial Securities order execution and management system enables investors to invest in US equities, such as those traded on the NYSE, NASDAQ, Cboe, and IEX stock exchanges. |




Source: https://advisors.bokfinancial.com/ways-to-work-with-us/investon

| | |
|---|---|
| | **INFORMATION WE COLLECT**<br>1. **Categories of Personal Information.** We collect information that identifies, relates to, describes, references, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular consumer or device ("personal information"). Depending on the type of products and services you use, we may have collected, and/or disclosed the following categories of personal information within the last twelve (12) months: |

| CATEGORY | EXAMPLES OF DATA WE MAY COLLECT |
|---|---|
| A. Identifiers | A real name, alias, postal address, unique personal identifier, online identifier, Internet Protocol address, email address, account name, social security number, driver's license number, passport number, or other similar identifiers |
| B. Personal information categories | A name, signature, social security number, physical characteristics or description, address, telephone number, passport number, driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, credit card number, debit card number, or any other financial information, medical information, or health insurance information |
| C. Protected classification characteristics under California or federal law | Age (40 years or older), race, color, ancestry, national origin, citizenship, religion or creed, marital status, medical condition, physical or mental disability, gender or veteran or military status |
| D. Commercial information | Records of personal property, products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies |

Source:
https://edge.sitecorecloud.io/bokfna15473-bokf40a9-prode209-f913/media/Files/PDF/Privacy_Policy/Privacy-Policy_BOK-Financial-Securities.pdf

BOK Financial Securities collects nonpublic Personal Identifiable Information such

as name, address, Social Security number, date of birth, and employment information that identifies a customer as a retail investor as opposed to an institutional investor. Such information is needed to provide financial services, including mailing statements and transaction confirmation, and to ensure that their employees do not provide investment, legal or tax advice to retail investors. BOK Financial Securities periodically reviews transaction history such as account balance and trading activity.

## INFORMATION WE COLLECT

1. **Categories of Personal Information.** We collect information that identifies, relates to, describes, references, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular consumer or device ("personal information"). Depending on the type of products and services you use, we may have collected, and/or disclosed the following categories of personal information within the last twelve (12) months:

| CATEGORY | EXAMPLES OF DATA WE MAY COLLECT |
|---|---|
| **A. Identifiers** | A real name, alias, postal address, unique personal identifier, online identifier, Internet Protocol address, email address, account name, social security number, driver's license number, passport number, or other similar identifiers |
| **B. Personal information categories** | A name, signature, social security number, physical characteristics or description, address, telephone number, passport number, driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, credit card number, debit card number, or any other financial information, medical information, or health insurance information |
| **C. Protected classification characteristics under California or federal law** | Age (40 years or older), race, color, ancestry, national origin, citizenship, religion or creed, marital status, medical condition, physical or mental disability, gender or veteran or military status |
| **D. Commercial information** | Records of personal property, products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies |

Source: https://edge.sitecorecloud.io/bokfna15473-bokf40a9-prode209-f913/media/Files/PDF/Privacy_Policy/Privacy-Policy_BOK-Financial-Securities.pdf

**WHAT DOES BOK FINANCIAL SECURITIES DO WITH YOUR PERSONAL INFORMATION?**

Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do.

The types of personal information we collect and share depend on the product or service you have with us. When you are no longer our customer, we may continue to share your information as described in this notice.

**This information can include:**
- Information we receive from you on applications or other forms
- Information about your transactions with us, our affiliates and others
- Information we receive from a consumer reporting agency

| | |
|---|---|
| **How does BOK Financial Securities collect my personal information?** | **We collect your personal information, for example, when you**<br>• seek advice about your investments<br>• open an investment advisory or brokerage account<br>• tell us about your investments or retirement needs<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |

Source: https://edge.sitecorecloud.io/bokfna15473-bokf40a9-prode209-f913/media/Files/PDF/Privacy_Policy/Privacy-Policy_BOK-Financial-Securities.pdf

This document does not constitute advice or a recommendation or offer to sell or a solicitation to deal in any security or financial product. It is provided for information purposes only and on the understanding that the recipient has sufficient knowledge and experience to be able to understand and make their own evaluation of the proposals and services described herein, any risks associated therewith and any related legal, tax, accounting or other material considerations. Recipients should not rely on this material in making any future investment decision. To the extent that the reader has any questions regarding the applicability of any specific issue discussed above to their specific portfolio or situation, you are encouraged to consult with a qualified lawyer, accountant, or financial professional.

Source: https://advisors.bokfinancial.com/legal-and-privacy/privacy-policy

When the client is a retail investor, a trading transaction for a security that is

| | |
|---|---|
| | executed as a Retail Order would generate a profit for the client and for a Liquidity Provider of that security.<br>Multiple securities exchanges (e.g., NYSE, NASDAQ, CBOE, and IEX) have special programs to provide price incentives for retail investors and Liquidity Providers when executing Retail Orders made on behalf of individual investors. For example, under the NYSE Retail Liquidity program, Retail Liquidity Providers (RLPs) receive “economic benefits” Those benefits include NYSE transaction fee reductions and credits (see amounts from the “New York Stock Exchange Price List 2025” below). Those fee reductions and credits directly increase the profit made by RLPs who provide liquidity under the program by reducing their transaction costs. Therefore, when a profile indicates that a trading entity is a retail investor, trading transactions associated with that entity will generate a profit for the RLP by virtue of reduced transaction costs.<br><br>Liquidity Providers make a profit on the spread between the bid and ask price for an equity in exchange for providing liquidity in that equity. The transaction fees are a cost of providing that liquidity and consequently detract from the profit. Therefore, a reduction in transaction fees will result in higher profits. The Retail Programs of other exchanges mentioned in the chart (e.g., NASDAQ, Cboe, and IEX) provide similar economic benefits to RLPs. |

## Fees and Credits Applicable to Executions in the Retail Liquidity Program

| | |
|---|---|
| Retail Liquidity Provider ("RLP") credit fee per share per execution of a Retail Price Improvement Order ("RPI") against a Retail Order (this rate is applicable to an RLP during the first two calendar months of operation as an RLP, and, beginning on the first day of the third consecutive calendar month of operation as an RLP, is applicable to an RLP that satisfies the applicable percentage requirement of Rule 7.44) | $0.0003 |
| Fee per share per execution of an RPI against a Retail Order by an RLP that, beginning on the first day of the third consecutive calendar month of operation as an RLP, does not satisfy the applicable percentage requirement of Rule 7.44 | $0.0003 |
| Non-RLP member organization (except DMMs) credit per share per execution of an RPI against a Retail Order | $0.0003 |
| Retail Member Organization ("RMO") credit per share per execution of a Retail Order against an RPI or MPL Order (An RMO shall be charged according to standard fee applicable to non-Retail Orders for a Retail Order that executes against the Book. The standard routing fee shall apply to a Retail Order that is routed away from the Exchange and executed on another market) | No charge |
| Non-RLP DMM credit per share per execution of an RPI against a Retail Order | $0.0020 |

Source: https://www.nyse.com/publicdocs/nyse/markets/nyse/NYSE_Price_List.pdf

Additionally, the Retail Investor receives price improvement for retail orders, wherein the equity is priced better than the best PBBO (protected best bid and offer), which for a retail buyer means the buyer will pay a lower price than the best bid price, and for a retail seller means the seller will receive a higher price than the best offer price. Therefore, trading transactions associated with the trading entity, specifically retail orders, will be instantly profitable due to the price improvement under the retail program as compared to the market pricing of the same equity for non-retail market participants. Therefore, the trading entity's profile, which confirms the entity's status as a retail investor, indicates that trading transactions executed under the retail program will generate such profits.

NYSE Retail Orders and Retail Liquidity Program

# NYSE and NYSE National Retail Liquidity

The NYSE and NYSE National Retail Liquidity programs promote cost savings through price improvement for individual investors on retail order flow for securities that trade on the NYSE and NYSE National markets. Offering price improvement for retail orders within an exchange environment offers individual investors new economic incentives and provides greater transparency, liquidly and competition in the U.S. cash equities marketplace. The program can be utilized by retail firms directly as well as by the brokers that service retail order flow providers.

## Two Classes of Market Participants

- **Retail Member Organizations (RMOs)** who are eligible to submit certain retail order flow (Retail Orders) that is eligible for price improvement. (NYSE and NYSE National)
- **Retail Liquidity Providers (RLPs)** who provide price improvement for Retail Orders in the form of non-displayed interest priced better than the best PBBO. RLPs received economic benefits in exchange for meeting performance obligations. RLPs that miss obligations do not receive enhanced economics. The Exchanges have the right to revoke RLP status. (NYSE only)

Source: https://www.nyse.com/markets/liquidity-programs

**NASDAQ Retail Orders and Retail Liquidity Program**

Nasdaq

NORTH AMERICAN MARKETS

# BX Retail Price Improvement

NASDAQ OMX BX has introduced the Retail Price Improvement Program (BX RPI), a program that encourages enhanced cost savings for individual investors,while offering the unparalleled liquidity and transparency.

## Eligible Market Participants

**Retail Member Organization (RMO)**

Retail Member Organizations are Exchange Members who have been approved by BX to submit Retail Orders. To qualify as a RMO, a Member must meet the following criteria:

**There are 2 types of Retail Orders:**

**Type 1:**

Only interacts with price-improving liquidity.

- Shares that remain unexecuted after interacting with price improving liquidity are cancelled.
- Only executes at prices that are better than the NBBO.

**Type 2:**

Interacts with Retail Price Improving liquidity and liquidity on the BX Book.

Source: https://www.nasdaqtrader.com/content/BXRPIfs.pdf

**Cboe Retail Orders and Retail Liquidity Program**

Cboe | Markets | Cboe Data Vantage | Tradable Products | Listings | Indices | Education | About

Insights | Derivatives Market Research | Equities Market Research | Guest Author Series | Data Analytics and Indices | Our Stories | More

# Retail Price Improvement Provides Unique Opportunities for Retail Investors and Liquidity Providers

*May 1, 2024*

## Key Takeaways

- Retail trading has increased, but the majority of equities volume is executed off-exchange, limiting opportunities to interact with retail order flow on-exchange
- Retail Price Improvement (RPI) Orders on Cboe's BYX Equities Exchange provide a unique opportunity to interact exclusively with Retail Orders on-exchange, at price improvement levels in 1/10 of a cent increments
- Ample retail missed opportunities exist on BYX in high value stocks, including large-cap stocks in the S&P 500 and Russell 1000 indices

Source: https://www.cboe.com/insights/posts/retail-price-improvement-provides-unique-opportunities-for-retail-investors-and-liquidity-providers/

**IEX Retail Orders and Retail Liquidity Program**

Retail Program

# Overview

Broker-dealers that serve individual retail investors can apply to be Retail Member Organizations (RMOs), which can send Retail orders to IEX Exchange on behalf of their clients. Individual retail investors cannot trade directly on IEX Exchange.

Any broker-dealer Member of IEX Exchange can send Retail Liquidity Provider (RLP) orders, which operate as M-Peg orders that can only execute against Retail orders.

Source: https://www.iexexchange.io/products/retail-program#resources

**Priority & Pricing**

RLP orders, which only trade against eligible Retail orders, execute in price-time priority at the midpoint, outranking D-Peg orders, which rest outside the NBBO. RLP orders will be accepted and queued during pre-market but are only eligible to execute during the Regular Market Session. Open RLP orders are canceled at the end of the Regular Market Session.

Eligible Retail orders and RLP orders trade for free.

Source:
https://cdn.prod.website-files.com/635ad1b3d188c10deb1ebcba/63c024451d393a27417b406b_RLP_Retail_Liquidity_Provider_Order_Overview.pdf

Additionally, BOK Financial Securities tracks transactions made by trading entities. The entity’s profile includes histories of those transactions for at least

the purpose of providing transaction confirmations and account statements. BOK Financial Securities receives income from some routing venues in the form of payment from the venue and/or shared execution income with the venue depending on the characteristics of an order and any subsequent executions. Therefore, by virtue of the transaction history, a trading entity profile includes an indication whether trading transactions associated with the entity would generate a profit for BOK Financial Securities. For example, in the case where BOK Financial Securities would receive a payment from a venue or a share in execution income for a trading transaction or subsequent transaction.

**INFORMATION WE COLLECT**

1. **Categories of Personal Information.** We collect information that identifies, relates to, describes, references, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular consumer or device ("personal information"). Depending on the type of products and services you use, we may have collected, and/or disclosed the following categories of personal information within the last twelve (12) months:

| CATEGORY | EXAMPLES OF DATA WE MAY COLLECT |
|---|---|
| **A. Identifiers** | A real name, alias, postal address, unique personal identifier, online identifier, Internet Protocol address, email address, account name, social security number, driver's license number, passport number, or other similar identifiers |
| **B. Personal information categories** | A name, signature, social security number, physical characteristics or description, address, telephone number, passport number, driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, credit card number, debit card number, or any other financial information, medical information, or health insurance information |
| **C. Protected classification characteristics under California or federal law** | Age (40 years or older), race, color, ancestry, national origin, citizenship, religion or creed, marital status, medical condition, physical or mental disability, gender or veteran or military status |
| **D. Commercial information** | Records of personal property, products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies |

Source: https://edge.sitecorecloud.io/bokfna15473-bokf40a9-prode209-f913/media/Files/PDF/Privacy_Policy/Privacy-Policy_BOK-Financial-Securities.pdf

| | |
|---|---|
| | **WHAT DOES BOK FINANCIAL SECURITIES DO WITH YOUR PERSONAL INFORMATION?**<br><br>Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do.<br><br>The types of personal information we collect and share depend on the product or service you have with us. When you are no longer our customer, we may continue to share your information as described in this notice.<br><br>**This information can include:**<br>• Information we receive from you on applications or other forms<br>• Information about your transactions with us, our affiliates and others<br>• Information we receive from a consumer reporting agency<br><br>**How does BOK Financial Securities collect my personal information?** — **We collect your personal information, for example, when you**<br>• seek advice about your investments<br>• open an investment advisory or brokerage account<br>• tell us about your investments or retirement needs<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies.<br><br>Source:<br>https://edge.sitecorecloud.io/bokfna15473-bokf40a9-prode209-f913/media/Files/PDF/Privacy_Policy/Privacy-Policy_BOK-Financial-Securities.pdf<br><br>**How do your financial professionals make money?**<br><br>Our financial professionals are compensated based on the revenue the firm earns from their advisory services or recommendations. The firm retains a portion of the compensation that you pay with a percentage of the revenue being paid to the financial professional. The production payout is a percentage (called a payout or grid rate) of the product-related revenue (called production) that each financial professional generates during that month with respect to the clients he or she serves, minus certain adjustments that are specified by our financial professional Compensation Plan. To help mitigate conflicts of interest, we typically utilize a flat payout percentage but in limited circumstances use tiered payout grids based on attainment of production goals.<br><br>Different advisory services and product recommendations may generate different amounts of revenue which creates a financial incentive for your financial professional to recommend one over another. Our financial professionals are paid monthly based on the most recent month's revenue generated.<br><br>Source:<br>https://edge.sitecorecloud.io/bokfna15473-bokf40a9-prode209-f913/media/Files/PDF/Securities/BOK-Financial-Securities-Inc-Form.pdf |

| | |
|---|---|
| | **Order Flow**<br>**SEC Rule 606 Reports**<br>These reports (the Reports) are pursuant to Securities and Exchange Commission Rule 606, which requires all broker-dealers to make publicly available quarterly reports on their order routing practices. The Reports provide information on BOKFS' routing of non-directed orders, which are orders that customers have not specifically instructed to be routed to a particular venue for execution. Click here to access the SEC's final adopting release, along with the text of Rule 606 and here for the SEC's Frequently Asked Questions about Rule 606.<br><br>Source: https://advisors.bokfinancial.com/legal-and-privacy/legal-disclosures |
| generating different offers to buy or to sell a trading item to different trading entities based on the profiles of individual trading entities, the offer being processed through an exchange that processes trading transactions for items having a bid/offer spread, using a processor implemented at least partly in hardware. | For example, BOK Financial Securities receives a request from one of its clients to buy or sell a trading item such as a security on the clients' behalf. In the case of the client being an individual investor, based on the client's profile, the system generates a buy or sell Retail Order and routes the order to the appropriate exchange that has a Retail Liquidity Program for that security. The exchange processes the order according to the bid/offer spread agreement of the Retail Liquidity Program.<br><br>BOK Financial Securities sends equity orders to exchanges, electronics communication networks or broker-dealers. The order routing decisions are based on a number of factors, including the opportunity for price improvement. BOK Financial Securities regularly reviews routing decisions to ensure that the orders meet BOK Financial Securities' duty of best execution. |

## Order Flow

**SEC Rule 606 Reports**

These reports (the Reports) are pursuant to Securities and Exchange Commission Rule 606, which requires all broker-dealers to make publicly available quarterly reports on their order routing practices. The Reports provide information on BOKFS' routing of non-directed orders, which are orders that customers have not specifically instructed to be routed to a particular venue for execution. Click here to access the SEC's final adopting release, along with the text of Rule 606 and here for the SEC's Frequently Asked Questions about Rule 606.

Source: https://advisors.bokfinancial.com/legal-and-privacy/legal-disclosures

**NYSE Retail Orders and Retail Liquidity Program**

# Retail Order Overview

A Retail Order is an agency that originates from a natural person and is submitted to the Exchange by an RMO. The order cannot originate from a trading algorithm or any other computer methodology. The Retail Order interacts with Retail Price Improvement (RPI) orders and other available orders that are priced better than the contra-side PBBO. RPI orders may be sent by RLPs or any other market participant. NYSE sends an indicator to both the NYSE XDP and SIP feeds when RPIs are available, indicating the side of the interest but not the size.

Source: https://www.nyse.com/markets/liquidity-programs

**NASDAQ Retail Orders and Retail Liquidity Program**

## Orders

**Retail Order**

Retail Orders are agency or riskless-principal orders that seek price improvement and originate from a natural person.

Retail Orders will always receive the most price improvement possible.

Retail orders can only be submitted to BX by an approved RMO and must meet the following conditions:

- Must be an "Immediate or Cancel" (IOC) order. Any Retail Orders submitted with a time-in-force greater other than IOC will be converted to an IOC order.
- Must be submitted with an explicit limit price.
- May not be submitted in sub-penny increments.
- Must be submitted through a Retail Only Port.

**Retail Price Improvement Order (RPI Order)**

RPI orders consist of non-displayed interest on BX that is priced better than the Protected National Best Bid or the Protected National Best Offer (NBBO) by at least $0.001.

All RPI orders are booked in accordance with a price-time priority.

RPI Orders are only permitted to add liquidity and can only execute against incoming Retail Orders.

Additionally, RPI orders must meet the following conditions:

- Must be submitted with a limit price.
- RPI orders can be an explicitly priced limit order or implicitly priced at the NBBO with a positive offset.
- Must be submitted for securities priced greater than $1.00.
- Must be submitted with a minimum increment of $0.001.

nasdaq.com/solutions/equities 1

Source: https://www.nasdaqtrader.com/content/BXRPIfs.pdf

| | |
|---|---|
| | **Cboe Retail Orders and Retail Liquidity Program**<br><br>Retail trading has increased in recent years, with more retail participants investing in a variety of asset classes, including equities. However, a large portion of this is executed off-exchange, limiting the opportunities for on-exchange investors to interact with retail order flow. Cboe has introduced many incentives to increase on-exchange retail trading, including Retail Priority, pricing incentives for low cost remove and premium rebates for Retail Orders[1], and the EDGX Retail Membership Program, a program that gives retail brokers that become a direct member on EDGX discounts on port fees and market data. Retail pricing tiers also give growing retail firms additional rebates. The Retail Price Improvement (RPI) program on Cboe's BYX Equities Exchange provides a unique opportunity for liquidity providers to interact exclusively with inbound Retail Orders seeking price improvement. In Cboe's latest Equities Execution Consulting study, we examine the benefits and opportunities of interacting with Retail Orders through the RPI program.<br><br>**How Do Retail Orders and RPI Work?**<br><br>RPI Orders[2] offer the ability to give price improvement in 1/10 of a cent increments ($0.001) better than the NBB or NBO, to Retail Orders only. Retail Member Organizations[3] that submit Retail Orders to BYX may receive price-improved executions on the exchange, giving retail investors exclusive access to price-improved liquidity from RPI Orders. Retail Orders can also receive price improvement by executing against other hidden liquidity in addition to RPI Orders, such as midpoint pegs, and may receive an enhanced rebate for interacting with price-improving orders.<br><br>Source: https://www.cboe.com/insights/posts/retail-price-improvement-provides-unique-opportunities-for-retail-investors-and-liquidity-providers/<br><br>**IEX Retail Orders and Retail Liquidity Program** |

# Retail Order Type

Any order submitted by a Retail Member Organization that is designated with a "Retail order" modifier.

## Overview

Any order submitted by a Retail Member Organization that is designated with a "Retail order" modifier. Retail orders must reflect trading interest of a natural person, with no change made to the terms of the underlying order of the natural person with respect to price (except in the case of a market order that is changed to a marketable limit order) or side of market. Additionally, they must originate from individuals and cannot originate from a trading algorithm or any other computerized methodology.

### Retail Order Details

Retail orders must be submitted as D-Peg or M-Peg orders with a Time-in-Force (TIF) of Immediate or Cancel (IOC) or Fill-or-Kill (FOK) and are eligible to interact with Retail Liquidity Provider orders (RLP orders, see below) as well as other orders priced to execute at the midpoint or a more aggressive price. Any unexecuted portion of Retail orders will be canceled once all eligible available liquidity on IEX Exchange is exhausted.

Source: https://www.iexexchange.io/products/retail-program#resources

# Retail Liquidity Provider

Retail Liquidity Provider (RLP), which can be submitted by any Member, is a variation of a Midpoint Peg (M-Peg) order that only executes against eligible Retail orders.

## Retail Liquidity Provider Details

Like M-Peg, RLP is a non-displayed order type that is priced at the less aggressive of the midpoint price or the order's limit price. Eligible Retail orders are those that are designated with a "Retail order" modifier, are either an M-Peg or D-Peg with a Time-in-Force (TIF) of Immediate or Cancel (IOC) or Fill-or-Kill (FOK), and are submitted by a Retail Member Organization (RMO).

RLP orders interact with eligible Retail orders in price-time priority at the midpoint price, outranking D-Peg orders, which rest outside the NBBO. When there is at least one round lot (in aggregate) of RLP interest available and eligible to trade at the midpoint price that offers at least 10 mils of price improvement, a Retail Liquidity Indicator (RLI) will be disseminated via IEX market data feeds (TOPS and DEEP) and the SIP.

Source:
https://cdn.prod.website-files.com/635ad1b3d188c10deb1ebcba/63c024451d393a27417b406b_RLP_Retail_Liquidity_Provider_Order_Overview.pdf